

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOSEPH GUTMANN**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2659<br>fax: (212) 356-3509<br>email: jgutmann@law.nyc.gov |

October 30, 2015

**VIA ECF**
Honorable Marilyn D. Go
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   <u>Vincent Venziani v. City of New York, et al.</u>,
            15-CV-720 (JBW) (MDG)

Your Honor:

        I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and attorney for defendant City of New York in the above-referenced matter. I write jointly with defendants to provide the Court with a status report regarding the above matter. Discovery in this matter is proceeding on schedule. The parties are currently engaged in initial settlement talks and expect to determine whether or not this case can be resolved without further litigation within the next three weeks. In the event that the case does not settle, the parties are prepared to go forward with depositions and further discovery in this matter in accordance with the schedule previously set forth by the Court.

                                            Respectfully submitted,

                                            /s/
                                            Joseph Gutmann
                                            *Assistant Corporation Counsel*

2

cc: <u>VIA ECF</u>
 Raoul Zaltzberg, Esq.
 Zaltzberg & Hutchinson, LLC
 305 Broadway
 Suite 900
 New York, NY 10007